IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMAS THIOUASKI LUCIANO, *a/k/a* THOMAS J. KURTZ, Plaintiff, | : : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-4295 |
| THE STATE OF PENNSYLVANIA, *et al.*, Defendants. | : : : | |

## ORDER

AND NOW, this 4th day of August, 2025, upon consideration of Plaintiff Tomas Thiouaski Luciano's *pro se* Amended Complaint (ECF No. 16) and Memorandum of Law (ECF No. 17), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Amended Complaint is dismissed as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
MIA ROBERTS PEREZ, J.